UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA MARTIN,<br>        Plaintiff,<br>    v.<br>ROBERT MILLER,<br>        Defendant. | Case No.  15-cv-02136-DMR<br><br>**ORDER RE PLAINTIFF'S SUBMISSIONS RE IFP STATUS**<br><br>Re: Dkt. Nos. 15, 16 |

On July 2, 2015, the court granted pro se Plaintiff Yohonia Martin's application for leave to proceed *in forma pauperis* ("IFP") and dismissed the complaint with leave to amend.  The court subsequently dismissed Plaintiff's amended complaint. [Docket Nos. 5, 8.] Plaintiff appealed that order to the Ninth Circuit Court of Appeals, and the Ninth Circuit referred the matter to this court for the purpose of determining whether Plaintiff's IFP status should continue for the appeal. [Docket No. 12.] On August 21, 2015, the court revoked Plaintiff's IFP status. [Docket No. 13.] On September 9 and 10, 2015, Plaintiff filed two submissions that appear to relate to the court's revocation of her IFP status. [Docket Nos. 15, 16.] As the matter of Plaintiff's IFP status is now before the Ninth Circuit, this court refers those submissions to the Ninth Circuit for review.

The Clerk of the Court is directed to serve a copy of this order on Plaintiff and the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: September 18, 2015



_____
Donna M. Ryu
United States Magistrate Judge